UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-1460-GW-ASx | Date | August 29, 2023 |
|---|---|---|---|
| Title | *Scott Castro v. Lenders Recovery, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS :   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

The Court has received the parties' Joint Status Report (ECF No. 16) wherein they indicate that they have reached a settlement of this matter and expect to file a dismissal by September 22, 2023. In light thereof, the Court takes the August 31, 2023 status conference off-calendar and set an Order to Show Cause re Settlement Hearing ("OSC") for September 28, 2023 at 8:30 a.m. If a dismissal is filed with the Court on or before September 25, 2023, the OSC will be taken off-calendar.

                                                                                                  :
                                                       Initials of Preparer    JG