JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-1460-GW-ASx | Date | September 27, 2023 |
|---|---|---|---|
| Title | *Scott Castro v. Lenders Recovery, et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

None Present    None Present

**PROCEEDINGS :    IN CHAMBERS - ORDER TO DISMISS**

The Court has received the parties Stipulation for Dismissal (ECF No. 20).  Based thereon and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is hereby dismissed with prejudice; each side to bear its own costs and attorney's fees; and the Court will retain jurisdiction to reopen the case at the request of any party to enforce the terms of the settlement agreement.

:

Initials of Preparer    JG